# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2023

*The Court of Appeals hereby passes the following order:*

## A24D0115. PSHATOIA LAROSE v. FIRST AMERICAN HOME WARRANTY et al.

Pshatoia LaRose filed an appeal of a magistrate court decision in superior court. The superior court dismissed the appeal on August 22, 2023, and LaRose filed a "motion for order for dismissal to be retracted and proceed with jury trial," which the superior court denied on September 1. LaRose filed this application for discretionary appeal on October 16. We lack jurisdiction.

Ordinarily, an application for a discretionary appeal must be filed within 30 days of the order being appealed. See OCGA § 5-6-35 (d). Here, LaRose filed this application 45 days after the entry of the September 1 order and 55 days after the entry of the August 22 order. Given that the application is untimely, we are without jurisdiction to consider it. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith."). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/15/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*